

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. |
| | § | |
| JESSE BRISTER | § | |
| a.k.a. "Bozo" | § | 3:13CR-127-D |

INDICTMENT

The Grand Jury Charges:

Count One
Mailing Threatening Communications
(Violation of 18 U.S.C. § 876(c))

On or about March 21, 2013, in the Dallas Division of the Northern District of Texas, the defendant, **Jesse Brister, a.k.a. "Bozo,"** knowingly caused to be delivered by the Postal Service according to the directions thereon a communication addressed to the United States Attorney, a Federal law enforcement officer and official who is covered by 18 U.S.C. § 1114, at 1100 Commerce Street, Third Floor, Dallas, Texas, containing a threat to injure the person of another in retaliation for the prosecution of members of the Aryan Brotherhood of Texas ("ABT").

A violation of 18 U.S.C. § 876(c).

Indictment - Page 1

Count Two
Mailing Threatening Communications
(Violation of 18 U.S.C. § 876(c))

On or about March 28, 2013, in the Dallas Division of the Northern District of Texas, the defendant, **Jesse Brister, a.k.a. "Bozo,"** knowingly caused to be delivered by the Postal Service according to the directions thereon a communication addressed to the United States Attorney, a Federal law enforcement officer and official who is covered by 18 U.S.C. § 1114, at 1100 Commerce Street, Third Floor, Dallas, Texas, containing a threat to injure the person of another in retaliation for the prosecution of members of the Aryan Brotherhood of Texas ("ABT").

A violation of 18 U.S.C. § 876(c).

A TRUE BILL

*Beth J. Bowman*
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*Chad E. Meacham*
CHAD E. MEACHAM
Assistant United States Attorney
Texas Bar No. 00784584
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8716
Facsimile: 214.659.8727
chad.meacham@usdoj.gov

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

VS.

JESSE BRISTER
a/k/a "Bozo" (01)

INDICTMENT

18 U.S.C. § 876(c)

Mailing Threatening Communications

(2 COUNTS)

A true bill rendered:

_____
FORT WORTH                                          FOREPERSON

Filed in open court this 10th day of April, A.D. 2013.

Defendant in state custody; warrant to issue

_____
UNITED STATES MAGISTRATE JUDGE
(Magistrate Case Number:)